UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KHARITONOVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGIO ALBARRAN, et al.,<br><br>　　　　Defendants. | Case No. 3:26-cv-01362-JSC<br><br>**ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 2, 3 |

　　　On February 13, 2026, Petitioner filed a Petition for Writ of Habeas Corpus, and an *Ex Parte* Motion for Temporary Restraining Order (TRO) against Sergio Albarran, acting field office director of the San Francisco ICE office; Todd M. Lyons, acting director of ICE; Secretary of the Department of Homeland Security Kristi Noem; and Attorney General Pamela Bondi. (Dkt. Nos. 1, 2.) The general duty judge granted the TRO, directed the government to file a response by February 17, 2026, and set a hearing for February 19, 2026. (Dkt. No. 3.) The case was then assigned to Judge Corley.

　　　Given Judge Corley's unavailability, the hearing on the preliminary injunction is CONTINUED to February 26, 2026, at 1:00 p.m. The temporary restraining order shall remain in effect until 5:00 p.m. on February 26, 2026. The parties may stipulate to an alternative schedule provided the temporary restraining order remains in effect until disposition of the preliminary injunction.

　　　**IT IS SO ORDERED.**

Dated: February 17, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　NOËL WISE for
　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge