UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA KHARITONOVA,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 3:26-cv-01362-JSC<br><br>**JUDGMENT** |

Having granted the petition for writ of habeas corpus by Order filed September 8, 2026, the Court enters judgment in favor of Petitioner and against Respondents.

**IT IS SO ORDERED.**

Dated: September 8, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California